UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENJAMIN DAVIS
a/k/a GREGORY MILLER,

    Petitioner,

-vs-                                    Case No. 8:04-cv-0989-T-27TGW

JAMES V. CROSBY, JR., et al,

    Respondents.
_____/

## ORDER

This cause comes before the Court on Petitioner's Motion to Reconsider and/or Object to Denial Order on Motion for Leave to File Discovery (Dkt. 15). On April 29, 2005, the Honorable Thomas G. Wilson entered an order denying Petitioner's request for discovery (Dkt. 13). See Rule 6(a), Rules Governing Section 2254 Cases (2004).

The Court has considered Petitioner's arguments and reviewed the record in light of the Judge Wilson's finding that Petitioner failed to demonstrate that the discovery he seeks is necessary to fully develop the facts of a claim or would otherwise assist the Court to "properly 'dispose of the matter as law and justice require'" see Harris v. Nelson, 394 U.S. 286, 300 (1969) (citation omitted). The Court finds that Petitioner fails to raise any new factual or legal issues warranting reconsideration of this matter or otherwise demonstrate that he is entitled to the relief he seeks.

ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion to Reconsider and/or Object to Denial Order on Motion for Leave to File Discovery (Dkt. 15) is **DENIED**.

**ORDERED** at Tampa, Florida, on _May 24th_, 2005.

_____
JAMES D. WHITTEMORE
United States District Judge

SA:jsh
Copy to: Petitioner *Pro Se*